No. 1139. MELÉNDEZ, PLAINTIFF AND RESPONDENT, *v.* REDINGER, DEFENDANT AND APPELLANT.—Appeal from the District

Court of San Juan, Section 2, in an action for divorce. Motion by appellant for leave to withdraw the appeal. Decided April 15, 1914. Motion sustained. The respondent did not appear. The appellant appeared by brief *pro se.*